# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL FIDELITY INSURANCE COMPANY, a New Jersey corporation,<br><br>Plaintiff,<br><br>v.<br><br>CEDARS ENGINEERING CONSTRUCTION, INC., a California corporation; TONY A. RIZK, as an individual and as trustee of The Rizk Family Trust; SUSAN R. RIZK, as an individual and as trustee of The Rizk Family Trust; THE RIZK FAMILY TRUST; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. SA CV12-01407 JAK (Ex)<br><br>**JUDGMENT OF MONEY DAMAGES**<br><br>**NO JS-6: Case to remain open** |

This Court having bifurcated the first, second, third and fifth causes of action of the First Amended Complaint on file herein as against Defendant CEDARS

ENGINEERING CONSTRUCTION, INC. for all purposes; a portion thereof having been resolved by this Court on Order granting in part Plaintiff's Motion for Partial Summary Judgment (Docket No. 93); and the remainder of said bifurcated causes of action having been resolved by the parties on Stipulation for Entry of Judgment of Money Damages Etc. (Docket No. 122); JUDGMENT IS HEREBY AWARDED AND SHALL BE ENTERED AS FOLLOWS AS A FINAL JUDGMENT ON SAID BIFURCATED FIRST, SECOND, THIRD AND FIFTH CAUSES OF ACTION:

Judgment is hereby awarded and shall be entered in favor of Plaintiff International Fidelity and Insurance Company and against Defendant Cedars Engineering Construction, Inc. ("CEDARS") in the amount of $1,306,366.20.

This judgment shall not disturb the rights reserved by the parties in their stipulation for entry of judgment of money damages (Docket No. 122).

Date: December 29, 2014

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE